THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER HERMANN,<br><br>              Plaintiff,<br><br>    v.<br><br>BALWINDER SINGH, *et al.*,<br><br>             Defendants. | CASE NO. C24-1257-JCC<br><br>MINUTE ORDER |

       The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

       The parties inform the Court that they have reached a settlement to resolve the action. (Dkt. No. 14.) Accordingly, the jury trial set for October 27, 2025, as well as all related deadlines and pending motions, shall be VACATED. The parties shall file a notice or stipulation of dismissal within ninety (90) days.

       DATED this 14th day of May 2025.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk
